```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_7/6/2026___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ELIAS RIVERA SERRANO,

                    Petitioner,

          -against-

PAUL ARTETA, et al.,

                    Respondents.

26-CV-04583 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

For the reasons stated on the record during the June 26, 2026 Conference, Petitioner's habeas petition is GRANTED IN PART AND DENIED IN PART. The Court will not order Petitioner's release. The Government is hereby ORDERED to provide Petitioner a bond hearing on or before **July 10, 2026**, where they bear the burden of justifying Petitioner's detention by clear and convincing evidence as to either risk of flight or danger to the community. If the immigration judge finds that the Government has met its burden, the immigration judge must consider alternatives to detention and, if a bond is considered, Petitioner's ability to pay. The Clerk of Court is respectfully directed to CLOSE this matter.

Dated: July 6, 2026
      New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge