UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ELIAS RIVERA SERRANO,

Petitioner,

-against-

P AUL ARTETA, ET AL.,

Respondents.

26 CIVIL 4583 (MMG)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated July 6, 2026, Petitioner's habeas petition is GRANTED IN PART AND DENIED IN PART. The Court will not order Petitioner's release. The Government is hereby ORDERED to provide Petitioner a bond hearing on or before July 10, 2026 , where they bear the burden of justifying Petitioner's detention by clear and convincing evidence as to either risk of flight or danger to the community; accordingly, the case is closed.

**Dated:** New York, New York
July 7, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**